UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 17-70561-JAD |
| | : | CHAPTER: 13 |
| Jonathan D. Liptak, | : | |
| | : | **NOTICE OF APPEARANCE** |
| & | : | |
| | : | HON. JUDGE: |
| Alisa J. Liptak, | : | Jeffery A. Deller |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

---------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for SN Servicing Corporation as servicer for
> U.S. Bank Trust National Association, as Trustee of the
> Chalet Series IV Trust
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a

waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: 10/15/2021

By: */s/Lorraine Gazzara Doyle*
Lorraine Gazzara Doyle, Esq.
FRIEDMAN VARTOLO, LLP
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------------X
|   |   |   |
|---|---|---|
| IN RE: | : | CASE NO.: 17-70561-JAD |
|  | : | CHAPTER: 13 |
| Jonathan D. Liptak, | : |  |
|  | : |  |
| & | : | HON. JUDGE: |
|  | : | Jeffery A. Deller |
| Alisa J Liptak, | : |  |
|  | : |  |
| Debtors. | : |  |
|  | : |  |
|  | : |  |

-------------------------------------------------------------------X

**CERTIFICATION OF SERVICE**

    I, Lorraine Gazzara Doyle, certify that on October 15. 2021, I caused to be served a true copy of the annexed **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: */s/Lorraine Gazzara Doyle*
Lorraine Gazzara Doyle, Esq.
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust, its successor and assigns
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

# **SERVICE LIST**

Jonathan D. Liptak
234 Powell Street
Hawk Run, PA 16840
***Debtor***

Alisa J Liptak
234 Powell Street
Hawk Run, PA 16840
***Joint Debtor***

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
***Debtors' Attorney***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
***Trustee***

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
***U.S. Trustee***