# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :
                                              : **Bankruptcy No. 17-70561-JAD**
**Jonathan D. Liptak and**                    :
**Alisa J. Liptak,**                          : **Chapter 13**
                    **Debtors**               :
                                              :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 18th day of November, 2021, a true and correct copy of the Order dated November 17, 2021, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

COMMONWEALTH OF PENNSYLVANIA
BUREAU OF COMMONWEALTH PAYROLL OPERATIONS
P.O. BOX 8006
HARRISBURG, PA 17105

JONATHAN D. LIPTAK
ALISA J. LIPTAK
234 POWELL STREET
HAWK RUN, PA 16840

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: **November 18, 2021**

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470