**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-70561-JAD |
| Jonathan D. Liptak and | : | |
| Alisa J. Liptak, | : | Chapter 13 |
| Debtors | : | |
| | : | Document No. |
| Jonathan D. Liptak, | : | |
| Movant | : | |
| v. | : | |
| | : | |
| Commonwealth of Pennsylvania | : | |
| Bureau of Commonwealth | : | Related to Doc. #93 |
| Payroll Operations | : | |
| P.O. Box 8006 | : | |
| Harrisburg, PA 17105 | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtor having filed a Chapter 13 petition and Debtor or Trustee having moved to attach wages to fund the Chapter 13 Plan:
 IT IS, THEREFORE, ORDERED that:
until further order of this Court, the Respondent from which the Debtor receives income
(1) shall deduct from that income the sum of **$766.16, bi-weekly** beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

**RONDA J. WINNECOUR, ESQUIRE**
**CHAPTER 13 TRUSTEE, W.D.PA**
**P.O. BOX 84051**
**CHICAGO, IL 60689-4002**

(2) the Debtor is paid bi-weekly, and the monthly plan payment is **$1,660.00**.
(3) the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.
(4) the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the Respondent. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.
(5) all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.
(6) NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR ANY OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.
(7) this order supersedes previous orders made to the Respondent in this case.

(8) the Respondent shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

(9) that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer of other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due without thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this __17th__ day of November, 2021.

					_____sjk
					Jeffery A. Deller
					United States Bankruptcy Judge

FILED
11/17/21 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70561-JAD |
| Jonathan D. Liptak | Chapter 13 |
| Alisa J Liptak | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: bsil | Page 1 of 2 |
| Date Rcvd: Nov 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Jonathan D. Liptak, Alisa J Liptak, 234 Powell Street, Hawk Run, PA 16840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Wilmington Savings Fund Society FSB cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| Kenneth P. Seitz | on behalf of Debtor Jonathan D. Liptak thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Alisa J Liptak thedebterasers@aol.com |
| Lorraine Gazzara Doyle | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7     User: bsil     Page 2 of 2
Date Rcvd: Nov 17, 2021     Form ID: pdf900     Total Noticed: 1
TOTAL: 7