**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/15/2021

IN RE:

JONATHAN D. LIPTAK
ALISA J LIPTAK
234 POWELL STREET
HAWK RUN,  PA  16840
XXX-XX-6484           Debtor(s)

XXX-XX-1385

Case No.17-70561 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/15/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: EXETER FNC LLC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK TRUST NA - TRUSTEE OF CHALET SEF**<br>C/O SN SERVICING CORP(*)<br>323 FIFTH ST*<br>EUREKA, CA 95501 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4LMT*BGN 8/17*FR WILMINGTON -DOC 73*FR DLJ MTG CAP-DOC 78 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 6379 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 4   INT %: 5.00%<br>Court Claim Number: 8<br>CLAIM: 1,053.19<br>COMMENT: SURR/PL*FR EXETER-DOC 84*W/25*CL=9050*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2290 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FII**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 5   INT %: 5.00%<br>Court Claim Number: 1<br>CLAIM: 9,200.00<br>COMMENT: $CL1GOV@TERMS/PL*10086@5%MDF/PL*W/20 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4604 |
| **STERN & EISENBERG LP**<br>1581 MAIN ST STE 200<br>THE SHOPPES AT VALLEY SQUARE<br>WARRINGTON, PA 18976 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 36CD |
| **PA SCDU***<br>PO BOX 69110<br>HARRISBURG, PA 17106-9110 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NOTHING OWED/KD*NO$~ND DSO INFO/SCH*NOT PROV/PL*DKT | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **BUREAU ACCOUNT MANAGEMENT**<br>3607 ROSEMONT<br>CAMP HILL, PA 17011 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENN STATE HERSHEY MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0141 |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br>NORWOOD, MA 02062 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TITAN INDEMNITY CO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1863 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MT NITTANY MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0209 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: MT NITTANY MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2835 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: MT NITANNY MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0203 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: MT NITTANY MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9744 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: MT NITTANY MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7958 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PEDIATRIC DENTAL CARE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9001 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 8,780.28<br>COMMENT: 4756/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6484 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 3,625.44<br>COMMENT: 4772/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6484 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 1,535.56<br>COMMENT: 4764/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6484 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6703 |
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 885.52<br>COMMENT: NO GEN UNS/SCH*W/5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4604 |

| Creditor | Claim Info | Description |
|---|---|---|
| **US BANK TRUST NA - TRUSTEE OF IGLOO SERI**<br>C/O SN SERVICING CORP (*)<br>323 5TH ST<br><br>EUREKA, CA  95501 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  10,250.73<br>COMMENT:  10251/PL*FR WILMINGTON-DOC 73*FR DLJ MORTGAGE-DOC 78*FR US BANK/IGLO | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  6379 |
| **STERN & EISENBERG LP**<br>1581 MAIN ST STE 200<br>THE SHOPPES AT VALLEY SQUARE<br><br>WARRINGTON, PA  18976 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  WILMINGTON SVNGS TRUST/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  7,007.85<br>COMMENT:  NT/SCH*CITIFINANCIAL*STALE~LTR DONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0855 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br><br>ST LOUIS, MO  63179 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:7-2<br><br>CLAIM:  13,805.95<br>COMMENT:  NT/SCH*AMD* | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6484 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  3,494.31<br>COMMENT:  NO GEN UNS/SCH*FR EXETER-DOC 84*SURR@4 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2290 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br><br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  0.00<br>COMMENT:  PMT/CL-PL*BGN 7/18*403.43 X49 REM+2=LMT | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  3296 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  SELECT PORTFOLIO SVCNG/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **SN SERVICING CORP(*)**<br>323 5TH ST*<br><br>EUREKA, CA  95501 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  US BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **FRIEDMAN VARTOLO LLP**<br>1325 FRANKLIN AVE STE 160<br><br>GARDEN CITY, NY  11530 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  US BANK~SN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |