IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 17-70561-JAD |
| Jonathan D. Liptak ) | Chapter 13 |
| Alisa J. Liptak ) | |
|     Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     vs. ) | Related to Docs. #104 and 108 |
| Jonathan D. Liptak ) | |
| Alisa J. Liptak ) | |
|     Respondent(s) ) | |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on August 16, 2022 (document #104) is hereby WITHDRAWN. The hearing scheduled for September 28, 2022 is cancelled.

                                            Respectfully submitted

9/9/2022
                                            /s/ Ronda J. Winnecour
                                            Ronda J. Winnecour (PA I.D. #30399)
                                            Attorney and Chapter 13 Trustee
                                            U.S. Steel Tower – Suite 3250
                                            600 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 471-5566
                                            cmecf@chapter13trusteewdpa.com

                              SO ORDERED.

           9/12/2022                             _____ sjk
                                                Jeffery A. Deller, U.S. Bankruptcy Judge

        FILED
        9/12/22 8:14 am
        CLERK
        U.S. BANKRUPTCY
        COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-70561-JAD
Jonathan D. Liptak  Chapter 13
Alisa J Liptak
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2
Date Rcvd: Sep 12, 2022      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Jonathan D. Liptak, Alisa J Liptak, 234 Powell Street, Hawk Run, PA 16840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Wilmington Savings Fund Society FSB cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| Kenneth P. Seitz | on behalf of Debtor Jonathan D. Liptak thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Alisa J Liptak thedebterasers@aol.com |
| Lorraine Gazzara Doyle | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard James Tracy, III | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet |

District/off: 0315-7 User: auto Page 2 of 2
Date Rcvd: Sep 12, 2022 Form ID: pdf900 Total Noticed: 1

                Series IV Trust richard.tracy.iii@gmail.com

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 8