**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jonathan D. Liptak**
**Alisa J Liptak**
　Debtor(s)

Bankruptcy Case No.: 17−70561−JAD

Chapter: 13
Docket No.: 118 − 117

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of October, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/12/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/21/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/12/22.**

　　　　　　　　　　　　　　　　　　　　　　　　Jeffery A. Deller
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70561-JAD |
| Jonathan D. Liptak | Chapter 13 |
| Alisa J Liptak | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 27, 2022 | Form ID: 408 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jonathan D. Liptak, Alisa J Liptak, 234 Powell Street, Hawk Run, PA 16840 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Wilmington Savings Fund Society, FSB, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14666147 | + | Bureau Of Account Mana, 3607 Rosemont Ave Ste 50, Camp Hill, PA 17011-6943 |
| 14666154 | + | PASDU, P.O. Box 69111, Harrisburg, PA 17106-9111 |
| 14666156 | + | Stern & Eisenberg, PC, Edward J. McKee, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15424153 | | US Bank Trust National Association,, As Trustee of the Chalet Series IV Trust, C/O SN Servicing Corporation, 323 Fifth Street, Eureka CA 95501 |
| 14723434 | + | Wilmington Savings Fund Society, et al., c/o Kondaur Capital Corporation, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 27 2022 23:39:00 | AmeriCredit Financial Services, Inc. a/c dba GM Fi, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2022 23:41:52 | Exeter Finance LLC, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2022 23:40:00 | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14669909 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 27 2022 23:39:00 | Americredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14666146 | + | Email/Text: bankruptcy@bsifinancial.com | Oct 27 2022 23:39:00 | Bsi Financial Services, 314 S Franklin St, Titusville, PA 16354-2168 |
| 14865751 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 27 2022 23:39:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14666148 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 27 2022 23:40:00 | Credit Control Service, 725 Canton St, Norwood, MA 02062-2679 |
| 14666149 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 27 2022 23:40:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15009916 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2022 23:40:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14666150 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Oct 27 2022 23:41:54 | Exeter Finance, Po Box 166097, Irving, TX 75016-6097 |
| 14744976 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Oct 27 2022 23:41:29 | Exeter Finance LLC, P.O. Box 167399, Irving, TX |

Case 17-70561-JAD    Doc 119    Filed 10/29/22    Entered 10/30/22 00:25:17    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: 408 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 75016-7399 |
| 14922762 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2022 23:42:16 | Exeter Finance, LLC, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 14666151 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 27 2022 23:39:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14666152 | | Email/Text: Bankruptcy@ICSystem.com | Oct 27 2022 23:39:00 | I C System, Po Box 64378, Saint Paul, MN 55164 |
| 15314438 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:41:30 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14724587 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:41:31 | LVNV Funding, LLC its successors and assigns as, assignee of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14718044 | | Email/PDF: pa_dc_claims@navient.com | Oct 27 2022 23:41:28 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14666153 | + | Email/PDF: pa_dc_claims@navient.com | Oct 27 2022 23:41:28 | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 14666155 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 23:41:53 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15135642 | ^ | MEBN | Oct 27 2022 23:33:20 | U.S. Bank Trust National Association as, Trustee of the Igloo Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14732312 | | Email/Text: bncnotifications@pheaa.org | Oct 27 2022 23:39:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | US Bank Trust NA |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 27, 2022 | Form ID: 408 | Total Noticed: 30 |

below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Wilmington Savings Fund Society FSB cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| Kenneth P. Seitz | on behalf of Debtor Jonathan D. Liptak thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Alisa J Liptak thedebterasers@aol.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lorraine Gazzara Doyle | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust ldoyle@logs.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard James Tracy, III | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust richard.tracy.iii@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9