**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JONATHAN D. LIPTAK<br>ALISA J LIPTAK<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:17-70561 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/27/2017 and confirmed on 11/16/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 96,341.75 |
| Less Refunds to Debtor | 1,518.15 | |
| TOTAL AMOUNT OF PLAN FUND | | 94,823.60 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,819.00 | |
|   Trustee Fee | 4,312.27 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,131.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE OF CHAL<br>    Acct: 6379 | 0.00 | 44,273.24 | 0.00 | 44,273.24 |
|   US BANK TRUST NA - TRUSTEE OF IGLOC<br>    Acct: 6379 | 10,250.73 | 10,250.73 | 0.00 | 10,250.73 |
|   CREDIT ACCEPTANCE CORP*<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LVNV FUNDING LLC<br>    Acct: 2290 | 1,053.19 | 1,053.19 | 301.67 | 1,354.86 |
|   AMERICREDIT FINANCIAL SVCS INC DBA<br>    Acct: 4604 | 9,200.00 | 9,200.00 | 1,038.57 | 10,238.57 |
| | | | | 66,117.40 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JONATHAN D. LIPTAK<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JONATHAN D. LIPTAK<br>    Acct: | 766.16 | 766.16 | 0.00 | 0.00 |
|   JONATHAN D. LIPTAK<br>    Acct: | 751.99 | 751.99 | 0.00 | 0.00 |
|   LAW OFFICES OF KENNETH P SEITZ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KENNETH P SEITZ ESQ<br>    Acct: | 3,619.00 | 3,619.00 | 0.00 | 0.00 |
|   KENNETH P SEITZ ESQ<br>    Acct: | 200.00 | 200.00 | 0.00 | 0.00 |
|   PA SCDU*<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CREDIT ACCEPTANCE CORP*<br>    Acct: 3296 | 0.00 | 20,574.93 | 0.00 | 20,574.93 |
| | | | | 20,574.93 |
| **Unsecured** | | | | |
|   BUREAU ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 0141 | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1863 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0209 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2835 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0203 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9744 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7958 | | | | |
| | IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9001 | | | | |
| | NAVIENT PC TRUST | 8,780.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 6484 | | | | |
| | NAVIENT PC TRUST | 3,625.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 6484 | | | | |
| | NAVIENT PC TRUST | 1,535.56 | 0.00 | 0.00 | 0.00 |
| | Acct: 6484 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6703 | | | | |
| | AMERICREDIT FINANCIAL SVCS DBA GM | 885.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 4604 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0855 | | | | |
| | US DEPARTMENT OF EDUCATION | 13,805.95 | 0.00 | 0.00 | 0.00 |
| | Acct: 6484 | | | | |
| | LVNV FUNDING LLC | 3,494.31 | 0.00 | 0.00 | 0.00 |
| | Acct: 2290 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 36CD | | | | |
| | STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SN SERVICING CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FRIEDMAN VARTOLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                 86,692.33

| | |
|---|---|
| TOTAL CLAIMED | |
| PRIORITY | 0.00 |
| SECURED | 20,503.92 |
| UNSECURED | 32,127.06 |

Date: 10/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   JONATHAN D. LIPTAK
   ALISA J LIPTAK
        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:17-70561 JAD

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                            BY THE COURT:

                                                           _____
                                                           U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70561-JAD |
| Jonathan D. Liptak | Chapter 13 |
| Alisa J Liptak | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 27, 2022 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jonathan D. Liptak, Alisa J Liptak, 234 Powell Street, Hawk Run, PA 16840 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Wilmington Savings Fund Society, FSB, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14666147 | + | Bureau Of Account Mana, 3607 Rosemont Ave Ste 50, Camp Hill, PA 17011-6943 |
| 14666154 | + | PASDU, P.O. Box 69111, Harrisburg, PA 17106-9111 |
| 14666156 | + | Stern & Eisenberg, PC, Edward J. McKee, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15424153 | | US Bank Trust National Association,, As Trustee of the Chalet Series IV Trust, C/O SN Servicing Corporation, 323 Fifth Street, Eureka CA 95501 |
| 14723434 | + | Wilmington Savings Fund Society, et al., c/o Kondaur Capital Corporation, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 27 2022 23:39:00 | AmeriCredit Financial Services, Inc. a/c dba GM Fi, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2022 23:41:52 | Exeter Finance LLC, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2022 23:40:00 | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14669909 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 27 2022 23:39:00 | Americredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14666146 | + | Email/Text: bankruptcy@bsifinancial.com | Oct 27 2022 23:39:00 | Bsi Financial Services, 314 S Franklin St, Titusville, PA 16354-2168 |
| 14865751 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 27 2022 23:39:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14666148 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 27 2022 23:40:00 | Credit Control Service, 725 Canton St, Norwood, MA 02062-2679 |
| 14666149 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 27 2022 23:40:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15009916 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2022 23:40:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14666150 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Oct 27 2022 23:42:18 | Exeter Finance, Po Box 166097, Irving, TX 75016-6097 |
| 14744976 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Oct 27 2022 23:42:18 | Exeter Finance LLC, P.O. Box 167399, Irving, TX |

Case 17-70561-JAD  Doc 120  Filed 10/29/22  Entered 10/30/22 00:25:17  Desc
Imaged Certificate of Notice  Page 7 of 8

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 75016-7399 |
| 14922762 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2022 23:42:16 | Exeter Finance, LLC, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 14666151 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 27 2022 23:39:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14666152 | | Email/Text: Bankruptcy@ICSystem.com | Oct 27 2022 23:39:00 | I C System, Po Box 64378, Saint Paul, MN 55164 |
| 15314438 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:41:55 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14724587 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 23:41:30 | LVNV Funding, LLC its successors and assigns as, assignee of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14718044 | | Email/PDF: pa_dc_claims@navient.com | Oct 27 2022 23:42:17 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14666153 | + | Email/PDF: pa_dc_claims@navient.com | Oct 27 2022 23:42:17 | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 14666155 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 23:41:29 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15135642 | ^ | MEBN | Oct 27 2022 23:33:20 | U.S. Bank Trust National Association as, Trustee of the Igloo Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14732312 | | Email/Text: bncnotifications@pheaa.org | Oct 27 2022 23:39:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | US Bank Trust NA |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 27, 2022 | Form ID: pdf900 | Total Noticed: 30 |

below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Wilmington Savings Fund Society FSB cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| Kenneth P. Seitz | on behalf of Debtor Jonathan D. Liptak thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Alisa J Liptak thedebterasers@aol.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lorraine Gazzara Doyle | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust ldoyle@logs.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard James Tracy, III | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust richard.tracy.iii@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9